IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| CYNTHIA ZAMOT, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 121-168 |
| | * | |
| SOURCE RECEIVABLES MANAGEMENT, LLC, | * | |
| | * | |
| | * | |
| Defendant. | * | |

# ORDER

On August 24, 2022, Plaintiff notified the Court that a settlement had been reached and that the Parties would need sixty (60) days "to document and conclude the settlement." (Doc. 7, at 1.) Plaintiff represented that she would "file or otherwise move for a dismissal as to Defendant," but if the settlement was not concluded within the 60 days, she would "timely notify the Court." (Id.) More than 60 days have passed since Plaintiff submitted her notice of settlement; however, the Court has not received a dismissal or a status report from Plaintiff.

Based on the foregoing, **IT IS HEREBY ORDERED** that Plaintiff **SHALL FILE** a dismissal on or before **APRIL 21, 2023**. In the event settlement is not finalized by that date, Plaintiff shall file a status report with the Court updating it on the progress and forthcoming dismissal of the case.

**ORDER ENTERED** at Augusta, Georgia, this ___ day of April, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA